FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 11-10320-PHX DPC | Trustee Name: | David A. Birdsell |
| Case Name: | KORIEL, ORAHIN G. | Date Filed (f) or Converted (c): | 04/13/2011 (f) |
| For the Period Ending: | 6/15/2013 | §341(a) Meeting Date: | 05/16/2011 |
| | | Claims Bar Date: | 10/09/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | CASH IN BANKS | $150.50 | $0.00 | | $0.00 | FA |
| 2 | HOUSEHOLDS | $30.00 | $0.00 | | $0.00 | FA |
| 3 | APPAREL | $250.00 | $0.00 | | $0.00 | FA |
| 4 | WEDDING BAND | $200.00 | $0.00 | | $0.00 | FA |
| 5 | 2002 TOYOTA | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 2011 TAX REFUNDS (u) | $0.00 | $4,365.00 | | $4,465.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Assets |
| $630.50 | $4,365.00 | | $4,465.00 | $0.00 |

**Major Activities affecting case closing:**

12/31/2013   TRUSTEES TDR SHOULD BE FILED BY (06/30/13)

**Initial Projected Date Of Final Report (TFR):** 06/13/2014    **Current Projected Date Of Final Report (TFR):** 12/31/2012

/s/ DAVID A. BIRDSELL
       DAVID A. BIRDSELL